**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CAMERON BARRAGAN, DIAMOND PRICE, INDIVIDUALLY AND AS NEXT FRIEND OF CAMERON BARRAGAN, A MINOR (IS NOW AN ADULT);** *Plaintiffs* | §<br>§<br>§<br>§<br>§<br>§ | **A-19-CV-00217-SH** |
| **v.** | §<br>§ | |
| **LIBERTY COUNTY MUTUAL INSURANCE COMPANY,** *Defendant* | §<br>§<br>§ | |

## FINAL JUDGMENT

Before the Court is a Joint Motion to Dismiss filed on September 9, 2019 by Plaintiffs Cameron Barragan and Diamond Price and Defendant Liberty County Mutual Insurance Company (Dkt. No. 28). Pursuant to Federal Rule of Civil Procedure 41, the Parties move to dismiss this case with prejudice as they have reached a settlement on all matters in this case.

Based on the foregoing, the Court **HEREBY GRANTS** the Joint Motion to Dismiss and **DISMISSES** the above styled lawsuit with prejudice. It is **FURTHER ORDERED** that all costs of Court will be taxed against the party incurring the same.

**SIGNED** on September 10th, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE